UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:10-CR-341-BR

UNITED STATES OF AMERICA

 v.

HERNAN RICARDO UGALDE-
LLEREGUE

**ORDER**

On the motion of defendant, it is hereby ORDERED that the Motion to Strike Docket Entry

# 24 is hereby ALLOWED.  The Clerk is DIRECTED to strike said document from the record.

This 15 August 2011.

_____
W. Earl Britt
Senior U.S. District Judge